UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMOND CHARLES BRACKETT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CORY HONEA, et al.,<br><br>　　　　　Defendants. | No.  2:23-cv-1935 AC P<br><br><br>ORDER |

　　　Plaintiff, a county prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  Plaintiff has not, however, filed a certified copy of his inmate trust account statement for the six-month period immediately preceding the filing of the complaint.  See 28 U.S.C. § 1915(a)(2).

　　　Accordingly, IT IS HEREBY ORDERED that within thirty days of service of this order, plaintiff shall submit a certified copy of his inmate trust account statement for the six-month period immediately preceding the filing of the complaint.  Failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

DATED: September 14, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE