1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   DEMOND CHARLES BRACKETT,            No.  2:23-cv-1935 KJM AC P

12                 Plaintiff,

13        v.                             ORDER

14   KORY HONEA, et al.,

15                 Defendants.

16

17        Plaintiff, a county prisoner proceeding pro se, has filed a motion requesting that he be re-

18   issued an ink pen, which he asserts was confiscated to prevent him from filing further complaints.

19   ECF No. 12.  He further asserts that he will not be able to use a pen to fill out court documents

20   until he can get into the jail's law library, which can take months.  Id. at 2.  This court does not

21   require filings be written in ink, and plaintiff's motion demonstrates that he has access to a

22   writing instrument, even if it is not the pen he seeks to have returned.

23        Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to be re-issued an ink

24   pen (ECF No. 12) is DENIED.

25   DATED: August 1, 2024

26                                        _____
                                          ALLISON CLAIRE
27                                        UNITED STATES MAGISTRATE JUDGE

28

                                          1