1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    DEMOND CHARLES BRACKETT,                    No.  2:23-cv-1935 KJM AC P

12                    Plaintiff,

13          v.                                     ORDER

14    KORY HONEA, et al.,

15                    Defendants.

16

17          Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief

18    under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge as provided

19    by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20          On August 8, 2025, the magistrate judge filed findings and recommendations, which were

21    served on all parties and which contained notice to all parties that any objections to the findings

22    and recommendations were to be filed within twenty-one days.  ECF No. 32.  Neither party filed

23    objections to the findings and recommendations.

24          The court has reviewed the file and finds the findings and recommendations to be

25    supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

26    ORDERED that:

27          1.  The findings and recommendations (ECF No. 32) are adopted in full;

28          2.  Defendants' motion to dismiss (ECF No. 19) is DENIED;

1

1    3.  Defendants shall file an answer to the complaint within twenty-one days of this order;

2  and

3    4.  This matter is referred back to the assigned magistrate judge for all further pretrial

4  proceedings.

5  DATED:  September 19, 2025.

6

7                                    SENIOR UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28